# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | | |
|---|---|---|
| Ex parte: Bloomberg, L.P., | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| In re: United States of America | ) | Criminal No. 3:12-CR-00974-DCN |
| | ) | |
| | ) | |
| -vs- | ) | NOTICE AND MOTION TO INTERVENE |
| | ) | FOR THE LIMITED PURPOSE OF |
| Jonathan N. Pinson | ) | OBTAINING ACCESS TO TRIAL EXHIBITS |
| Eric Robinson | ) | . |
| Defendants. | ) | |
| _____ | ) | |

TO:  COUNSEL FOR THE PARTIES ABOVE NAMED

PLEASE TAKE NOTICE that ten (10) days hereafter, or as soon thereafter as counsel may be heard, Bloomberg, L.P. (Bloomberg) will move through the undersigned to intervene in the within-captioned prosecution for the limited purpose of obtaining access to exhibits entered into evidence in the trial of this case.

Bloomberg is a publisher and believes that access to the exhibits will enhance public understanding of the prosecution, the trial and its outcome as well as the conduct giving rise to the criminal charges.

This motion is supported by a memorandum of points and authorities filed contemporaneously herewith.

[SIGNATURE ON ADJOINING PAGE]

Columbia, South Carolina               s/Jay Bender_____
                                       Jay Bender

July 23, 2014                                         Federal Identification No. 1294
                                                      BAKER, RAVENEL & BENDER, L.L.P.
                                                      3710 Landmark Dr., Suite 400
                                                      Post Office Box 8057
                                                      Columbia, SC 29202
                                                      803.799.9091 (telephone)
                                                      803.779.3423 (facsimile)
                                                      ATTORNEYS FOR MOVANT