# NEXSEN | PRUET

William W. Wilkins
Member
Admitted in SC

March 15, 2016

**VIA ECF**

The Honorable David C. Norton
85 Broad Street
Charleston, SC 29401

      Re:    *United States v. Pinson*
             No. 3:12-cr-974-DCN

Dear Judge Norton:

I am with updates regarding Mr. Pinson's most recent travel request. First, Mr. Pinson is **no longer requesting leave to travel on March 19-20**. Nike contacted Mr. Pinson's son yesterday to inform him that they are advancing him to the regionals without requiring him to attend the Combine in Atlanta this weekend.

Second, travel plans have been solidified for the April 2-3 trip mentioned in my prior letter.

Based on the foregoing, Mr. Pinson requests leave to travel out of state on the dates below:

| | |
|---|---|
| April 2-3, 2016 | UNC has asked Mr. Pinson's son to visit the school and the football program. The school is considering offering him a scholarship. |
| April 24, 2016 | Mr. Pinson's son has qualified to attend the Nike+ Football Opening Regionals in Charlotte, NC. Evaluations from the regional event will be used to select the Nike+Football national roster of players. |

Mr. Pinson, his son, and I all thank you for your consideration of these requests

Very truly yours,

  *s/William W. Wilkins*

William W. Wilkins

Charleston
Charlotte
Columbia
Greensboro
**Greenville**
Hilton Head
Myrtle Beach
Raleigh

55 East Camperdown Way
Suite 400 (29601)
PO BOX 10648
Greenville, SC 29603-0648
www.nexsenpruet.com

**T** 864.282.1199
**F** 864.477.2699
**E** BWilkins@nexsenpruet.com
Nexsen Pruet, LLC
**Attorneys and Counselors at Law**