

**JAMES M. GRIFFIN**

1116 Blanding Street / PO Box 999 (29202)
Columbia, SC 29201

jgriffin@griffindavislaw.com
803 744 0800 o | 803 744 0805 F

October 26, 2017

**VIA ELECTRONIC MAIL**
The Honorable David C. Norton
85 Broad Street
Charleston, SC 29401

        RE:    United States of America v. Jonathan N. Pinson et al.
                 CR. No.: 3:12-974-DCN

Dear Judge Norton:

    I received notice that the sentencing hearing for Jonathan Pinson has been scheduled for Tuesday, November 28, at 1:30. Unfortunately, I have a previously scheduled date certain trial for the week of November 27, 2017 in the Anderson County Court of Common Pleas in the case of *Davenport v. Town of Iva*. As a result, I am writing to request that the sentencing hearing be rescheduled. I am available the week of December 1 and the week of December 8.

    Thank you for your consideration of this request.

    With kind regards, I am

                                      Very truly yours,

                                      James M. Griffin

JMG/jh